AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
Heather Nichole McSweeney
Defendant(s)

Case No. 3:23-mj-00001-DMC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 06 / 11 / 2023 in the county of Shasta in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 36 CFR 1.5(f) | Closure of Public Use Limits |
| 18 USC 13 [CA H&S 11377] | Possession of Controlled Substance (Methamphetamine loaded into a syringe) |
| 18 USC 13 [CA H&S 11364] | Possession of Drug Paraphernalia (Syringes) |
| 36 CFR 2.30(a)(1) | Unlawful possession over property of another with purposes to deprive the owner of the property |
| 36 CFR 2.30(a)(5) | Possessing property of another with knowlege the property is stolen |
| 36 CFR 2.23(b) | Parking without a permit |

This criminal complaint is based on these facts:

see attached report

☑ Continued on the attached sheet.

Liza Kent
*Complainant's signature*

Liza Kent, U.S. Park Ranger #2380
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 18 July 2023

*Judge's signature*

City and state:

Dennis M Cota Magistrate Judge
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America
v.
Heather Nichole McSweeney

*Defendant(s)*

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 06/ 11/ 2023 in the county of Shasta in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 36 CFR 1.6(g) | Engaging in activity for which a permit is required (gold panning) |
| 36 CFR 2.31(a)(3) | Vandalism damaging property or real property (Tactacam game camera) |
| 36 CFR 4.10(a) | Travel on park roads not open to motor vehicles (Entrance to Crystal Creek Boy's Camp) |

This criminal complaint is based on these facts:

see attached report

☑ Continued on the attached sheet.

Liza Kent
*Complainant's signature*

Liza Kent, U.S. Park Ranger #2380
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____________

*Judge's signature*

City and state: ____________

*Printed name and title*

On June 11, 2023 at approximately 2:40 pm, the following occurred within the jurisdictional boundaries of Whiskeytown National Recreation Area.

While on patrol in a complete marked Law Enforcement Patrol SUV, on SR 299W near John F. Kennedy Road, I was dispatch to Crystal Creek Boys Camp on Lower Crystal Creek Road for a Whiskeytown Visitor and Resource Protection (VRP) game camera activation. The game camera activating was placed in a tree facing Crystal Creek Boy's Camp gate, gate #50. Dispatched noticed a W/F and light gray Dodge Pick-up on the game camera photo matching the description of suspect and suspect vehicle that was involved with the removal of a different game camera on Lower Crystal Creek Road the day before, June 10, 2023, at approximately 6:30pm.

The stolen camera was Tactacam Reveal XB attached to a tree with a game camera cable lock. A Tactacam solar panel was attached as well. At approximately 3:00 pm on June 11, 2023 I verified the game camera and solar panel was missing. The cable lock was still locked to the tree.

I arrived at Gate #50 at approximately 3:01 hours and noticed an unoccupied light gray Dodge pick-up with CA license plate 70603M3 registered to Mike's Auto Repair in Anderson. I noticed dark green artificial vines lying on the front passenger floorboard. The same artificial vines we used to help camouflage the stolen game camera.

At approximately 1516 hours I contacted a W/F in Crystal Creek Boy's Camp on Crystal Creek gold panning. The W/F matched the description of photos taken on June 10th and photos taken approximately 40 minutes earlier. W/F later identified by verbal information as McSWEENEY, Heather DOB 10-11-82.

Crystal Creek Boys Camp was closed in 2009 by California Department of Justice. In 2012 Whiskeytown National Recreation Area acquired the real estate. Per Superintendent's Compendium; The former Crystal Creek Boy's Camp to include all buildings, infrastructure and land formerly owned by the State of California. This closer is necessary to protect facilities from vandalism and from the hazards presented by the buildings. Posted on a locked Gate #50 before entering Crystal Creek Boy's Camp, a 2'X3' brown with white lettering bolted to the gate; For Public Safety AREA CLOSED By Order Of Superintendent Superintendent's 36 CFR 1.5.

A W/M later identified as PETTYJOHN, David DOB 03-14-82 by verbal information was gold panning with McSWEENY. Gold Panning at Whiskeytown NRA is privilege and the act of gold panning requires a permit. Printed on the back of the permit are legal means of panning for gold at Whiskeytown NRA. McSWEENEY and PETTYJOHN were gold panning without a permit and using illegal equipment and techniques. Verbal warning to McSWEENEY and PETTYJOHN for using a sleuths box and a trowel over 4".

I told McSWEENEY she took something of mine yesterday, McSWEENEY acknowledged she took a game camera and it was at her house. McSWEENEY's said her boyfriend could bring back today.

Search of the light gray 2003 Dodge pick-up truck, seized a insulin syringe loaded with Methamphetamine. A glass cylindrical glass tube with a round, bulbous end with burnt Methamphetamine residue. 7 used syringes and artificial green vines.

McSWEENEY's boyfriend BROOKS, JERAMIE DOB 03-27-79 has a suspended driver's license out of California. McSWEENEY found a licensed driver to transport BROOKS with the stolen game camera. At approximately 5:25 pm BROOKS arrived at gate #50 with the damaged game camera. BROOKS told me he took the game camera, he knew it was not his, also stated to me he did not have permission to take the game camera.

BROOKS stated he pulled the game camera off the cable lock with his hands. The game camera cable lock brackets are broken off the back of the camera. The game camera antenna was broken off the base of the camera as well.

McSWEENEY, PETTYJOHN and BROOKS all received mandatory court appearance violation notices for Closure Violation 36 CFR 1.5(f)

Verbal Warning to McSWEENEY 36 CFR 2.1(c)(3)(i) collecting natural resources (rocks), 36 CFR 4.2 14601.1(a) Driving Suspended

Verbal Warning to BROOKS 36 CFR 4.2 14601.1(a) Driving Suspended

Verbal Warning to PETTYJOHN 36 CFR 4.2 14601.1(a) Driving Suspended

I recorded the entire contact on my department issued body camera. Please refer to evidence.com case # NP23158937 for all digital evidence including photos and video.

Damaged Property

Tactacam Reveal XB 155166 (NPS property #8000155166) Value $179 – as of June 2023

Molded plastic cable bracket broke off, antenna connecting nut to the body of the camera broken. Tactacam does not sell individual antenna – as of June 2023

I have no further information at this time

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct. 11, 2023 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:

- ✓ my personal observation
- ✓ my personal investigation
- ✓ information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6/11/2023 — Date (mm/dd/yyyy) — [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____ Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
| --- | --- | --- | --- |
| CA75 | 9086615 | L. Kent | 239 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 06/11/2023

Offense Charged ☑ CFR ☐ USC ☐ State Code: 36 CFR 1.5(f)

Place of Offense: Lower Crystal Creek Rd Gate 50 Whiskeytown NRA

Offense Description: Factual Basis for Charge — HAZMAT ☐

Closure Violation — Signed Closed Gate # 50

DEFENDANT INFORMATION — Phone: (530) 560-2958

| Last Name | First Name | M.I. |
| --- | --- | --- |
| MCSWEENEY | HEATHER | N |

Street Address: 1148 PALISADES AVE

| City | State | Zip Code | Date of Birth |
| --- | --- | --- | --- |
| Redding | CA | 96003 | [redacted] |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
| --- | --- | --- | --- |
| [redacted] | | CA | [redacted] |

☑ Adult ☐ Juvenile — Sex ☐ Male ☑ Female — Hair: BLD — Eyes: HZL — Height: 5'7" — Weight: 160

VEHICLE — VIN: 1D7HU18N03S254187 — CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
| --- | --- | --- | --- | --- | --- |
| 7060 3M3 | CA | 03 | Dodge / RAM | | GRY |

APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address — Date — Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____

Officer's Copy (Pink)

*9086615*

**STATEMENT OF PROBABLE CAUSE ATTACHMENT**

**Violation Number: 9086615** **CVB Location Code:** CA75

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
WHISKEYTOWN NATIONAL RECREATION AREA

**Case Number:** NP23158937

On June 11, 2023, at approximately 1440 hours I, U.S. Park Ranger Liza Kent (Law Enforcement Commission Number 2380), was patrolling within the jurisdictional boundaries of the National Park Service at Whiskeytown National Recreation Area (California Eastern District).

I was notified by Whiskeytown Dispatch of person matching the description for stealing a game camera on June 10th on Lower Crystal Creek Road near gate #50. I arrived at approximately 1501 hours and met with McSWEENEY HEATHER and PETTYJOHN David. Behind a locked gate and signed closed area of Crystal Creek Boy's Camp, gold panning in Crystal Creek without a gold panning permit. McSWEENEY admitted to taking a Whiskeytown NRA game camera cable locked to a tree the day before with her boyfriend BROOKS JERAMIE. McSWEENEY and BROOKS were photographed on a Whiskeytown game camera driving into Crystal Creek Boys Camp on June 10 2023.

Crystal Creek Boy's Camp is closed to the public since 2012, when the National Park Service acquired the property from the state of California.

Federal Criminal Complaint completed for McSWEENEY, PETTYJOHN and BROOKS

I issued a mandatory violation notice to McSWEENEY for 36 CFR 1.5(f) – Closures and public use limits. Violating a closure, designation, use or activity restriction or condition, schedule of visiting hours, or public use limit is prohibited.

I issued a mandatory violation notice to PETTYJOHN for 36 CFR 1.5(f) – Closures and public use limits. Violating a closure, designation, use or activity restriction or condition, schedule of visiting hours, or public use limit is prohibited.

I issued a mandatory violation notice to BROOKS for 36 CFR 1.5(f) – Closures and public use limits. Violating a closure, designation, use or activity restriction or condition, schedule of visiting hours, or public use limit is prohibited.

I recorded the incident with my department issued Axon Body camera. The entire incident was recorded.

This case is closed.

END OF REPORT

Ref 23-0641 1/2

| LOCATION: CCON | DATE: 6-11<br>TIME: START/END 1440 - 1747<br>REPORTING UNIT: 501 | LOG: 23- 0645 / 0641<br>IMARS: NP23158937<br>SEKI CAD: 2023 |
|---|---|---|

**VEHICLE: STATE/TAG — YR/MAKE/TYPE**

A. 70603m3 2003 Dodge pk white
B.
C.
D.
(E) 145Ø2D3 2015 Chevy Pk

| UNIT: | 502 | 507 | 501 |
|---|---|---|---|
| DISPATCH: | 1440 | → | → |
| ENRT: | 1440 | → | → |
| ON SCENE: | cancelled by 501 | 1507 | 1501 |
| CLEAR: | 1443 | 1630 | 1747 |

VEHICLE: MODEL/COLOR/#DOORS / /
DRUG: TYPE/AMOUNT /
TOW: COMPANY & PHONE #
10-15: TIME/SUSP /
MILEAGE: START/END -
TIME: START/END -

**SUSPECT: LAST, FIRST, MIDDLE — DOB — ST/DL — PHYSICALS**

R/O
A. Mikes Auto Repair 530-312-3456 530-561-2069
6915 Eastside Rd Sp 94 Anderson

B. McSweeney, Heather Nichole 10-11-82
D304 3020

C. Pettyjohn, David Lee 3-14-67
C3620713

owner of business (A)
D. Meyers, Michael # 530-312-3456

suspect from camera theft
(B) girlfriend
E. Brooks, Jeramie David 03-27-79
B7870713

| TYPE: | 2 | 2 | | | | | | | 3V |
|---|---|---|---|---|---|---|---|---|---|
| VIOLATION: | theft of gov prop. | 1.5F | 7.91D2ii | 2.23B | HS11377 | HS11364 | VC 14601.1A | 7.91D3i | 24hr flag |
| SUSPECT: | BE | BE | BC | BC | BC | BC | C | BC | A |

Ref 23-0641

NOTES: female and Male entered camp, camera hit @1354
@1327 male + female w/ white pu @ CCON gate
@1451 501 ext. on CCRD
@1507 507 called disp. in veh. vines that were on stolen camera and batteries outside the veh. that were in the camera
@1516 - 501 - out w/ 2 Matching Images, gold panning
@1531 - 507/501 code 4 w/ (B)(C)

REPORTING PARTY: NAME/NUMBER

valid driver R/O
(F) Cullivan, Edward Alan 5-31-79 B9495191

Case Incident # 23-0645 (continuation sheet)

@1534 - spoke to (D) he sold it to Justin, and Justin sold it to someone, within the last month and a half, I advised (D) that the vehicle is still returning to (A) and nothing is showing pending on my end, He stated that he is going to work on the paperwork,

@1538 - notified 501 about vehicle,

@1542 - 507 starting vehicle search

@1603 - 507 - spoke w/ (E) who is supposed to get a ride and bring the camera to CCON,

@1617 - 501/507 Code 4, veh. search complete

@1656 - 501 status - code 4,

@1725 - 501 Code 4 w/ (B)(C)(E)(F)

@1745 - 501 status - Code 4

@1747 - 501 clear, criminal complaints to follow,



# United States Department of the Interior

NATIONAL PARK SERVICE
WHISKEYTOWN NATIONAL RECREATION AREA
P.O. BOX 188
WHISKEYTOWN, CA 96095-0188



IN REPLY REFER TO:

To whom it may concern:

Whiskeytown National Recreation Area (WHIS) utilizes wearable video recorders (WVRs / "body cameras") on law enforcement contacts. These devices are used to assist Law Enforcement commissioned National Park Service (NPS) employees in the performance of their duties by providing an accurate and unbiased recorded account of an incident.

All videos are uploaded into a secure evidentiary cloud server (Evidence.com) per NPS and WHIS policy. The original file on Evidence.com may be viewed upon request by authorized persons while in the presence and control of the WHIS Evidence Custodian or the recording officer / case officer.

A copy of the recording may only be released with permission from the Senior Law Enforcement Officer (SLEO) to the case officer, special agent, authorized prosecutor or judicial entity and must be in compliance with all applicable Freedom of Information Act (FOIA) requirements. Access to the original file on Evidence.com may be granted to any case officer, special agent, authorized prosecutor or judicial entity by the WHIS Evidence Custodian based on authorization of the SLEO.

If you are requesting a copy of a video for a case, and you are the attorney of record for the case, send an email request to the WHIS Evidence Custodian (liza_kent@nps.gov) with the case number you are requesting. A link to the video(s) will then be emailed to you after the request has been approved by the WHIS Evidence Custodian.

All individuals representing themselves in court (for misdemeanor cases in U.S. District Court) may view the video by making arrangements with the WHIS Evidence Custodian (see contact information below). Additional discovery that is not video related will be received from the WHIS Court Officer.

All recording media, storage devices, images and audio are property of the NPS and shall not be copied, released, or disseminated in any form or manner outside the parameters of this policy without written approval from the SLEO at WHIS.

A copy of recordings shall not be made for public viewing without written permission of the SLEO and the case prosecutor.

If there are any questions, contacts the WHIS Court Officer or WHIS Evidence Custodian (contact information below).

Sincerely,

Liza Kent
Supervisory Park Ranger / Evidence Custodian
liza_kent@nps.gov / (530) 356-4144

Nicholas Henke
U.S. Park Ranger / Court Officer
nicholas_henke@nps.gov / (530) 917-9963

A recording exists for Case #: NP23158937 Date of Incident: 6.11.2023

Involved Officer(s): KENT, HENKE

| LOCATION: Gate 56 CCON | DATE: 6-10<br>TIME: START/END 2209 - 2238<br>REPORTING UNIT: 507 | LOG: 23- 0641 / 0645<br>IMARS: NP23158937<br>SEKI CAD: 2023 |
|---|---|---|

| VEHICLE: STATE/TAG | YR/MAKE/TYPE | | UNIT: | 507 | 502 | | |
|---|---|---|---|---|---|---|---|
| A. | | | DISPATCH: | / | / | | |
| B. | | | ENRT: | | | | |
| C. | | | ON SCENE: | 2209 | 2209 | | |
| D. | | | CLEAR: | 2238 | 2238 | | |
| E. | | | DRUG: TYPE/AMOUNT / | | | | |

| VEHICLE: MODEL/COLOR/#DOORS / / | TOW: COMPANY & PHONE# |
|---|---|

| 10-15: TIME/SUSP / | MILEAGE: START/END - | TIME: START/END - |
|---|---|---|

| SUSPECT: LAST, FIRST, MIDDLE | DOB | ST/DL | PHYSICALS |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |

| TYPE: VIOLATION: SUSPECT: | theft of Gov Prop. (Camera) | tampered w/ gate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

NOTES: Camera image shows gate accessed @ 2222 - 507/502 walking in, 9mm shell casings found near gate @ 2230 - 507/502 code 4, no one in the area, Camera on the road last triggered 6/10 @ 1830, appears to have been taken by a male and female. Email sent to David O. regarding the non park lock. 6/11 @ 1334 - suspects @ CCON. Ref 23-0645

REPORTING PARTY: NAME/NUMBER

 : CA DRIV LIC - Name: MCSWEENEY, HEATHER N DOB: 10/11/1982 **Suspended**

```
4WTU004JW4D.IN
DATE:06-11-23*TIME:15:21*
MATCHED ON:*L/N*F/N* MI* BD
DMV RECORD FOR LAW ENFORCEMENT USE ONLY
DL/NO:D3043020*B/D: 10-11-1982 *NAME:MCSWEENEY HEATHER NICHOLE*
MAIL ADDR AS OF 02-13-23:1148 PALISADES AVE REDDING 96003*
OTH/ADDR AS OF 08-05-03:140 MASONIC APT 6 REDDING *
AKA:CONLIN HEATHER N*
IDENTIFYING INFORMATION:
SEX: FEMALE *HAIR: BLOND *EYES: HZL *HT: 5-07 *WT: 160 *
ID CARD MLD:02-24-23*EXPIRES:10-11-28*BATES:LIS*
LIC/ISS:09-10-21*EXPIRES: 10-11-26 *CLASS: C NON-COMMERCIAL *
ENDORSEMENTS:NONE*
ORIGINAL DL ISSUE DATE:11-08-00*
LATEST APP:
DL TYPE:ID CARD*ISS/DATE: 02-13-23*OFFICE: RDG*
LICENSE STATUS:
  SUSPENDED OR REVOKED
DEPARTMENTAL ACTIONS:
FR PRF REQ 103021 TERM 103025*
DRV LIC SUSPENDED  *EFF:10-08-21*ORDER MAILED:10-07-21*AUTH:13801  *
REASON:NEG OPER*SERVICE:A/10-07-21*MAILED, NOT RETURNED UNCLAIMED*
ACTION ENDED:
10-23-21*
DRV LIC SUSPENDED  *EFF:10-30-21*ORDER MAILED:09-30-21*AUTH:16004A *
REASON:ACCIDENT - FR*SERVICE:M/10-22-21*
VERBAL NOTICE-COURT,LAW ENFORCEMENT AGENCY,OR DMV*
     ABOVE SUSP DOES NOT AFFECT PRIV TO DRIV EMPLOYERS VEHICLE IN
     COURSE OF EMPLOYMENT, 16073 VC.
DRV LIC SUSPENDED  *EFF:10-30-21*ORDER MAILED:09-30-21*AUTH:16070  *
REASON:ACCIDENT - FR*SERVICE:M/10-22-21*
VERBAL NOTICE-COURT,LAW ENFORCEMENT AGENCY,OR DMV*
     ABOVE SUSP DOES NOT AFFECT PRIV TO DRIV EMPLOYERS VEHICLE IN
     COURSE OF EMPLOYMENT, 16073 VC.
DRV LIC SUSPENDED  *EFF:03-09-22*ORDER MAILED:02-07-22*AUTH:13365  *
REASON:FAIL TO APPEAR NOTICE*STATE:CALIFORNIA *SERVICE:M/04-26-22*
VERBAL NOTICE-COURT,LAW ENFORCEMENT AGENCY,OR DMV*
CONVICTIONS:
VIOL/DT   CONV/DT   SEC/VIOL   DKT/NO        DISP     COURT  VEH/LIC
08-16-20  02-02-21  4000A  VC  2012030       C        45670  3SHJ421
DMV POINT COUNT 0
```

```
09-21-20  02-02-21  16028A VC   2013864        C         45670  3SHJ421
DMV POINT COUNT 0
10-10-20  02-02-21  4000A  VC   2016632        C         45670  3SHJ421
DMV POINT COUNT 0
05-18-21  11-04-21  16028A VC   2111174        C         45670  3SHJ421
                    4000A  VC
DMV POINT COUNT 0
FAILURES TO APPEAR:
VIOL/DT     SEC/VIOL   DKT/NO   COURT  VEH/LIC
08-18-21    16020A VC  2117502  45670  82E603
            4000A  VC
            40508A VC
            405095 VC
ACCIDENTS:
DATE/TIME     LOCATION            VEH LIC  REPORT NO     FR CASE NO
01-10-21 99 REDDING      012921                          21 00 22614
03-10-21 99 REDDING      032221                          21 00 77035
03-18-21 99 REDDING      083121 3SHJ421                  21 02 35156
09-17-21 99 REDDING      100821 NV                       21 02 71272
END
```

[ Search More ]

 : IV - License Plate: 70603M3

4WTU004JW42.IV

DATE: 06/11/23 TIME: 15:00
INSURANCE INFORMATION UNKNOWN
POSSIBLE FILE CODES: U(70603M3) L(70603M3) S(70603M3)
REG VALID FROM: 12/31/22 TO **12/31/23**
LIC#: **70603M3** YRMD: **03** MAKE: **DODG** BTM : **PK** VIN : **1D7HU18N03S154817**
R/O :MIKES AUTO REPAIR, 6915 EASTSIDE RD SP 94 CITY:ANDERSON C.C.:45
ZIP#:96007
SOLD:00/00/02 RCID:12/21/22 OCID:10/05/22 LOCD:9

TYPE:31 POWR:G AXLE:2 WGHT:05340 VEH :32 BODY:P CLAS:AD *-YR:17
REC STATUS:
11/22/22 SMOG DUE 12/31/23

11/18/22 PREV LIC 8Y38480

CLEARANCE INFORMATION RECORDS:

| OFFICE | WORK DATE | TECH/ID | SEQ # | VALUE | FICHE DATE | TTC |
|---|---|---|---|---|---|---|
| 601 | 12/30/14 | 11 | 0028 | 00264.00 | 01/03/15 | H05 |
| 601 | 12/31/15 | 07 | 0038 | 00257.00 | 01/07/16 | H05 |
| 601 | 09/12/16 | 14 | 0009 | 00020.00 | 09/15/16 | K00 |
| 601 | 09/12/16 | 14 | 0007 | 00020.00 | PRIOR SUSPENSE | |
| 601 | 11/30/16 | 11 | 0013 | 00250.00 | 12/03/16 | H05 |
| 551 | 01/10/18 | 13 | 0009 | 00347.00 | 01/12/18 | F00 |
| 551 | 10/05/22 | A5 | 7008 | 00023.00 | 10/08/22 | J00 |
| 551 | 11/18/22 | 49 | 0043 | 01678.00 | 00/00/00 | H00 |
| 551 | 12/21/22 | 16 | 0020 | 00281.00 | 12/23/22 | H05 |

01/31/2010-ODOMETER: 152,309 MILES ACTUAL MILEAGE

END

Search More



## : RQHIII - Name: MCSWEENEY, HEATHER N DOB: 10/11/1982

```
4WTU004K15E.IJ

CADI00600
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/MCSWEENEY,HEATHER N SEX/F RAC/W
 DOB/19821011 PUR/C
ATN/KENT NP23158937
NAME                           FBI NO.        INQUIRY DATE
MCSWEENEY,HEATHER NICOLE       563801FC7      2023/06/19

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
F    W    1982/10/11  507    140    GRN  BLN  Y

BIRTH PLACE
CALIFORNIA

FINGERPRINT CLASS      PATTERN CLASS

ALIAS NAMES
EAGLESTON,HEATHER NICOLE      MCSWEENEY,HEATHER
POPE,HEATHER NICOLE

SOCIAL SECURITY
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

IDENTIFICATION DATA UPDATED 2022/01/19

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 CALIFORNIA     - STATE ID/CA22213884

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END
```

Search More

: RQRIII - FBI UCN: 563801FC7

```
4WTU004K15J.I*
CR.CAIII0000
06/19/2023 17:27 11877
06/19/2023 17:27 01958 CADI00600
*WTU0A6MVP3
TXT
HDR/2L01IRDNQWTU0A6MVP3
ATN/KENT NP23158937
*********************** CRIMINAL HISTORY RECORD ***********************
**************************** Introduction ****************************
This rap sheet was produced in response to the following request:
State Id Number          22213884 ()
Purpose Code             C
Attention                KENT NP23158937
The information in this rap sheet is subject to the following caveats:
RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES (CA; 2023-06-19)
DO NOT COLLECT DNA.  SAMPLE NOT VERIFIED BY FINGERPRINT RECEIVED BY
THE
CAL-DNA DATA BANK.  FOR INFO (510) 620-3300 OR
*********************** (CA; 2010-05-11)
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE
E-MAIL
PALM.PRINT@DOJ.CA.GOV (CA; 2010-05-11)
*************************** IDENTIFICATION **************************
Subject Name(s)
MCSWEENEY, HEATHER N
EAGELSTON, HEATHER N  (AKA)
MCSWEENEY, HEATHER NICOLE  (AKA)
POPE, HEATHER NICOLE  (AKA)
EAGLESTON, HEATHER NICOLE  (AKA)
MCSWEENEY, HEATHER NICHOLE  (AKA)
MCSWEENY, HEATHER NICHOLE  (AKA)
EAGELTON, HEATHER N  (AKA)
POPE, HEATHER N  (AKA)
MCSWEENEY, HEATHER  (AKA)
Subject Description
FBI Number               State Id Number
563801FC7                22213884
Social Security Number   Driver's License Number
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                D3043020 ()
Sex                      Race
Female                   White
```

```
Height                  Weight                  Date of Birth
5'07"                   160                     1982-10-11
Hair Color              Eye Color
Blonde or Strawberry    Green
Place of Birth          Citizenship             Ethnicity
CALIFORNIA              UNITED STATES           White American
                        UNKNOWN
Employment
Occupation              MEDICAL
Employer
*************************  CRIMINAL HISTORY  *************************
=============================== Cycle 001 ===============================
Earliest Event Date     2001-10-20
-------------------------------------------------------------------------
Arrest Date             2001-10-20
Arrest Case Number      DA017991
Arresting Agency        CA0450400 CASDFISH GAME SHASTA CO
Subject's Name          MCSWEENY,HEATHER NICHOLE
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
              Statute   NO ARREST RECEIVED ( )
   State Offense Code   00001
             Severity   Other
Charge                  2
              Statute   UNLAWFULLY TAKE BIRD/ANIMAL/FISH/ETC (2000 FG )
   State Offense Code   62013
             Severity   Misdemeanor
Charge                  3
              Statute   POSSESS CREATURE UNLAWFULLY TAKEN (2002 FG )
   State Offense Code   62006
             Severity   Misdemeanor
-------------------------------------------------------------------------
Court Disposition       (Cycle 001)
Court Case Number       MCRDCRM 010007991003
Final Disposition Date  2001-11-26
Court Agency            CA045013J CASCSHASTA
Subject's Name          MCSWEENY,HEATHER NICHOLE
Charge                  1
              Statute   UNLAWFULLY TAKE BIRD/ANIMAL/FISH/ETC (2000 FG )
   State Offense Code   62013
             Severity   Unknown
          Disposition   (DISMISSED)
Charge                  2
              Statute   POSSESS CREATURE UNLAWFULLY TAKEN (2002 FG )
   State Offense Code   62006
```

```
              Severity  Unknown
           Disposition  (DISMISSED)
     Court Comment  (2022-07-25) ARREST RELIEF GRANTED PER 851.93 PC
     Court Comment  COURT ACTION
=============================== Cycle 002 ===============================
Earliest Event Date     2004-10-20
-------------------------------------------------------------------------
Arrest Date             2004-10-20
Arrest Case Number      0040009245-488944
Arresting Agency        CA0450000 CASOREDDING
Subject's Name          MCSWEENEY,HEATHER NICOLE
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
               Statute  ACCESSORY (32 PC )
    State Offense Code  46004
              Severity  Felony
           Disposition  ( 2004-10-22; PROS REL-DET ONLY-LACK OF CORPUS)
Charge                  2
               Statute  KEEP PLACE:SELL/ETC NARC CNTL SUB (11366 HS )
    State Offense Code  35337
              Severity  Felony
           Disposition  ( 2004-10-22; PROS REL-DET ONLY-LACK OF CORPUS)
=============================== Cycle 003 ===============================
Earliest Event Date     2007-05-07
-------------------------------------------------------------------------
Arrest Date             2007-05-07
Arrest Case Number      0070004822-488944
Arresting Agency        CA0450000 CASOREDDING
Subject's Name          POPE,HEATHER NICOLE
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              CRT CASE CRF070003254002
Comment(s)              WARRANT AW 21888
Charge                  1
               Statute  CHILD CRUELTY:POS INJURY/DEATH (273A(A) PC )
    State Offense Code  38061
              Severity  Felony
Charge                  2
               Statute  CHILD CRUELTY:POS INJURY/DEATH (273A(A) PC )
    State Offense Code  38061
              Severity  Felony
Charge                  3
               Statute  RECKLESS DRIVING:HIGHWAY (23103(A) VC )
    State Offense Code  54086
              Severity  Misdemeanor
-------------------------------------------------------------------------
```

```
Court Disposition        (Cycle 003)
Court Case Number        MCRDCRF 070003254002
Final Disposition Date   2008-02-29
Court Agency             CA045013J CASCSHASTA
Subject's Name           MCSWEENEY,HEATHER N
Charge                   1
                Statute  CHILD CRUELTY:POS INJURY/DEATH (273A(A) PC )
     State Offense Code  38061
               Severity  Unknown
            Disposition  (DISMISSED)
Charge                   2
                Statute  RECKLESS DRIVING:HIGHWAY (23103(A) VC )
     State Offense Code  54086
               Severity  Unknown
            Disposition  (DISMISSED)
Charge                   3
                Statute  FAILURE TO APPEAR ON FELONY CHARGE (1320(B) PC )
     State Offense Code  50082
               Severity  Unknown
            Disposition  (DISMISSED)
Charge                   4
                Statute  CHILD CRUELTY:POS INJURY/DEATH (273A(A) PC )
     State Offense Code  38061
               Severity  Felony
            Disposition  (CONVICTED-PROBATION)
    Court Comment   (2009-07-30) PROBATION MODIFIED
    Court Comment   COURT ACTION
-------------------------------------------------------------------------
Sentencing               (Cycle 003)
Sentence                 048 MONTHS PROBATION; FINE; IMP SEN SS
-------------------------------------------------------------------------
Sentencing               (Cycle 003)
Sentence                 060 DAYS JAIL
=============================== Cycle 004 ===============================
Earliest Event Date      2007-07-20
-------------------------------------------------------------------------
Arrest Date              2007-07-20
Arrest Case Number       252478
Arresting Agency         CA0450200 CAPDREDDING
Subject's Name           MCSWEENEY,HEATHER NICOLE
Comment(s)               ARREST/DETAINED/CITED
Charge                   1
                Statute  NO ARREST RECEIVED ( )
     State Offense Code  00001
               Severity  Other
```

```
Charge                      2
              Statute       DRIVE WHILE LIC SUSPEND/ETC (14601.1(A) VC )
    State Offense Code      54083
             Severity       Misdemeanor
-------------------------------------------------------------------------
Court Disposition           (Cycle 004)
Court Case Number           MCRDCRTR070006150001
Final Disposition Date      2008-02-29
Court Agency                CA045013J CASCSHASTA
Subject's Name              MCSWEENEY,HEATHER NICOLE
Charge                      1
              Statute       DRIVE W/O LICENSE (12500(A) VC )
    State Offense Code      54107
             Severity       Unknown
          Disposition       (DISMISSED)
    Court Comment   (2022-07-25) ARREST RELIEF GRANTED PER 851.93 PC
    Court Comment   COURT ACTION
============================== Cycle 005 ==============================
Earliest Event Date         2009-08-23
-------------------------------------------------------------------------
Arrest Date                 2009-08-23
Arrest Case Number          0926886
Arresting Agency            CA0450000 CASOREDDING
Subject's Name              MCSWEENEY,HEATHER NICHOLE
Comment(s)                  ARREST/DETAINED/CITED
Charge                      1
              Statute       NO ARREST RECEIVED ( )
    State Offense Code      00001
             Severity       Other
Charge                      2
              Statute       UNSAFE SPEED:PREVAILING CONDITIONS (22350 VC )
    State Offense Code      54106
             Severity       Infraction
Charge                      3
              Statute       POSS MARIJUANA 1 OZ OR LES W/DRIVE (23222(B) VC
                            )
    State Offense Code      42080
             Severity       Misdemeanor
-------------------------------------------------------------------------
Court Disposition           (Cycle 005)
Court Case Number           MCRDCRTR090006831001
Final Disposition Date      2009-10-05
Court Agency                CA045013J CASCSHASTA
Subject's Name              MCSWEENEY,HEATHER NICHOLE
Charge                      1
```

```
               Statute  UNSAFE SPEED:PREVAILING CONDITIONS (22350 VC )
    State Offense Code  54106
              Severity  Unknown
           Disposition  (DISMISSED)
Charge                  2
    Charge Description  :CHRG 23222(B) VC
               Statute  SEE COMMENT FOR CHARGE ( )
    State Offense Code  66085
              Severity  Infraction
           Disposition  (CONVICTED-FINE)
    Court Comment  (2009-10-05) FOR CERT INFO SEE AUTOMATED
                        ARCHIVE SYS
    Court Comment  CONVICTION CERTIFIED BY VMSCC,DEPUTY COURT
                        CLERK,CASCSHASTA
    Court Comment  COURT ACTION
------------------------------------------------------------------------
Sentencing              (Cycle 005)
Sentence                FINE
============================== Cycle 006 ==============================
Earliest Event Date     2009-10-09
------------------------------------------------------------------------
Arrest Date             2009-10-09
Arrest Case Number      2009010187-488944
Arresting Agency        CA0450000 CASOREDDING
Subject's Name          POPE,HEATHER NICOLE
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              CRT CASE CRF070003254002
Charge                  1
               Statute  PROBATION REVOKED/ETC (1203.3 PC )
    State Offense Code  50135
              Severity  Other
           Disposition  (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
============================== Cycle 007 ==============================
Earliest Event Date     2018-11-20
------------------------------------------------------------------------
Arrest Date             2018-11-20
Arrest Case Number      1865847
Arresting Agency        CA0450200 CAPDREDDING
Subject's Name          MCSWEENEY,HEATHER NICHOLE
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
               Statute  NO ARREST RECEIVED ( )
    State Offense Code  00001
              Severity  Other
Charge                  2
```

```
                 Statute  THEFT PERSONAL PROP/PETTY THEFT (484(A)/488 PC )
       State Offense Code  23085
                 Severity  Misdemeanor
--------------------------------------------------------------------------
Court Disposition          (Cycle 007)
Court Case Number          MCRDCRM 180007882002
Final Disposition Date     2019-01-04
Court Agency               CA045103J CASCREDDING
Subject's Name             MCSWEENEY,HEATHER NICHOLE
Charge                     1
                 Statute  THEFT PERSONAL PROP/PETTY THEFT (484(A)/488 PC )
       State Offense Code  23085
                 Severity  Unknown
              Disposition  (PROC SUSP/DRUG CRT-DEFERRED JUDGEMENT)
    Court Comment  (2020-09-11) DRUG CRT-DEFERRED JDGMNT
                           TERM-SUCCESSFUL
    Court Comment  (2022-07-25) ARREST RELIEF GRANTED PER 851.93 PC
    Court Comment  COURT ACTION
============================== Cycle 008 =============================
Earliest Event Date        2021-08-04
--------------------------------------------------------------------------
Arrest Date                2021-08-04
Arrest Case Number         2107571
Arresting Agency           CA0459999 CARAOTHER SHASTA CO
Subject's Name             MCSWEENEY,HEATHER NICOLE
Comment(s)                 ARREST/DETAINED/CITED
Charge                     1
                 Statute  NO ARREST RECEIVED ( )
       State Offense Code  00001
                 Severity  Other
Charge                     2
                 Statute  VIOLATE RABIES QUARANTINE/ETC (121710 HS )
       State Offense Code  55220
                 Severity  Misdemeanor
--------------------------------------------------------------------------
Court Disposition          (Cycle 008)
Court Case Number          MCRDCRM 210005440002
Final Disposition Date     2021-12-27
Court Agency               CA045103J CASCREDDING
Subject's Name             MCSWEENEY,HEATHER NICOLE
Charge                     1
       Charge Description  CHRG 7,04,050 MC
                 Statute  SEE COMMENT FOR CHARGE ( )
       State Offense Code  66085
                 Severity  Unknown
```

```
          Disposition  (DISMISSED)
Charge                 2
    Charge Description CHRG 7,04,050 MC
               Statute SEE COMMENT FOR CHARGE ( )
    State Offense Code 66085
              Severity Misdemeanor
           Disposition (CONVICTED-PROB/JAIL)
    Court Comment  CONVICTION CERTIFIED BY AEACC,DEPUTY COURT
                       CLERK,CASCREDDING
    Court Comment  COURT ACTION
    Court Comment  FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
------------------------------------------------------------------------
Sentencing             (Cycle 008)
Sentence               001 DAYS JAIL; FINE; IMP SEN SS; 012 MONTHS
                       PROBATION; WORK PROGRAM
=============================== Cycle 009 ==============================
Earliest Event Date    2022-01-19
------------------------------------------------------------------------
Arrest Date            2022-01-19
Arrest Case Number     22001020
Arresting Agency       CA0450000 CASOREDDING
Subject's Name         MCSWEENEY,HEATHER
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             PHOTO AVAILABLE
Charge                 1
               Statute LOCAL ORDINANCE VIOLATION ( )
    State Offense Code 65000
              Severity Misdemeanor
**********************  NON CRIMINAL INFORMATION  **********************
------------------------------------------------------------------------
Fingerprint Date       2000-09-26
Description            (2004-11-08) NO LONGER INTERESTED
Fingerprint Reason      APPLICANT CERTIFIED NURSE ASSISTANT
------------------------------------------------------------------------
Fingerprint Date       2003-06-30
Description            (2005-07-13) NO LONGER INTERESTED
Fingerprint Reason      APPLICANT RESIDNTL CARE FACILITY FOR ELDERLY
------------------------------------------------------------------------
Fingerprint Date       2020-01-21
Description            APPLICANT
Fingerprint Reason      APPLICANT CERTIFIED NURSE ASSISTANT
*************************  INDEX OF AGENCIES  **************************
Agency                 CASOREDDING; CA0450000;
------------------------------------------------------------------------
Agency                 CAPDREDDING; CA0450200;
```

| | |
|---|---|
| Agency | CASDFISH GAME SHASTA CO; CA0450400; |
| Agency | CARAOTHER SHASTA CO; CA0459999; |
| Agency | CASCSHASTA; CA045013J; |
| Agency | CASCREDDING; CA045103J; |

* * * END OF RECORD * * *